STATE OF CONNECTICUT *v.* PAUL MOYNAHAN

The defendant's motion to set aside the verdict and to reverse the judgment of the trial court in the appeal from the Superior Court at Waterbury is denied.

*James A. Wade,* for the appellant (defendant).

*Dennis F. Gaffney,* special assistant state's attorney, for the appellee (state).

Argued November 8—decided November 8, 1972

BERNARD J. LEE *v.* FRANCIS X. FOLEY ET AL.

The named defendant's motion to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Richard P. Gilardi,* for the appellee (named defendant).

*Bernard J. Lee,* pro se, for the appellant (plaintiff).

Argued November 8—decided November 8, 1972

LEWIS MACK *v.* JAMES CLINCH ET AL.

The motion by the defendants James and Lucy Clinch to dismiss as to them the appeal of the defendant Henry Perzanowski from the judgment of the Superior Court in Hartford County is granted.

*Timothy F. Woodbridge,* for the defendants James and Lucy Clinch.

*Herbert Watstein,* for the defendant Perzanowski.